VALERIA PEREZ CASADO, JUEZ NACIONAL DE PRIMERA INSTANCIA EN LO COMERCIAL.

AL SEÑOR JUEZ DE IGUAL CLASE EN TURNO DE LA CIUDAD DE MIAMI, ESTADOS UNIDOS DE AMÉRICA.

SALUDA, EXHORTA Y HACE SABER, que por ante este Juzgado Nacional de Primera Instancia en lo Comercial N°18, a mi cargo, Secretaría N°35 a cargo del Dr. Santiago Blas Doynel, con sede en Marcelo T. de Alvear 1840, piso 3°, Ciudad Autónoma de Buenos Aires, República Argentina, tramitan los autos caratulados "NORDLOW S.R.L. S/QUIEBRA S/INCIDENTE DE INVESTIGACION" Expte. 054614, en los que se ha dispuesto librar la presente rogatoria a fin de solicitarle se sirva disponer lo necesario para que la firma  BANK OF AMERICA, Sucursal Miami, informe si la Cuenta N° 004433528663 es de titularidad de NORDLOW S.R.L. En caso afirmativo, se le solicita se sirva informar la totalidad de los movimientos bancarios que registra –créditos y debitos- desde la apertura de dicha  cuenta hasta la actualidad.  Para el caso de existir fondos depositados en la cuenta pertenecientes a NORDLOW S.R.L., se informe el procedimiento a seguir a los fines de transferirlos a la cuenta judicial abierta a nombre de estas actuaciones en el Banco Ciudad de Buenos Aires, Sucursal Tribunales, N° 0002-018-0350664-0026-3 a nombre de los autos "NORDLOW SRL S/QUIEBRA" y a la orden del suscripto. -----------------------------------------------
Se deja constancia que en los autos "NORDLOW SRL S/QUIEBRA" en trámite por ante mismo Juzgado y Secretaría, se decretó la quiebra de NORDLOW S.R.L con fecha 19 de febrero de 2008. (Sociedad Inscripta en la Inspección General de Justicia con fecha 12.04.2004, bajo el N° 2.817 L°. 120 T° - de Instrumentos Privados, C.U.I.T.: 30-70904082-7).------------------------------
Asimismo se deja constancia que conforme la legislación vigente en materia de quiebras en el país, el decreto de quiebra de una persona jurídica, importa el desapoderamiento de sus bienes y la apertura de un proceso de liquidación y  posterior  distribución  de  su  producido,  entre  sus  acreedores, correspondiendo a este Juzgado llevar a cabo ese procedimiento. A ese efecto se solicita la transferencia de los fondos de propiedad de la sociedad en caso de existir los mismos.-------------------------------------------------------
Asimismo, se hace saber que en estas actuaciones el síndico designado - Contador Javier Marcelo Espiñeira, con domicilio en la calle Quirno Costa 1256, piso 6° "A" de la Ciudad Autónoma de Buenos Aires, República Argentina  - ha iniciado el presente proceso de investigación a los fines de

MARIA CRISTINA
TRADUCTORA PI
IDIOMA INGL
MAT. T° IV  F° 519 C
INSCRIP. C.T.P.C.B.I

determinar la eventual responsabilidad de sus administradores o terceros, en la situación de insolvencia de la sociedad. A ese efecto es que se solicita se informen la totalidad de los movimientos de la Cuenta N° 004433528663 abierta en la Sucursal de Miami del Bank of America desde la fecha de su apertura y hasta la actualidad.-------------------------------------------------------

Este Juzgado es competente en razón de materia y lugar para entender en las presentes actuaciones en virtud de lo establecido en la legislación argentina de conformidad con lo previsto en el art. 3 de la ley 24.522 y art. 5 Código Procesal Civil y Comercial de la Nación.----------------------------------------------

Las resoluciones que ordenan el presente se encuentran firmes y en sus partes pertinentes dicen lo siguiente: "Buenos Aires, 16 de Septiembre de 2008...5. Asimismo, líbrese el exhorto peticionado en el punto IV, a cuyo fin deberá arrimar el s´ndico copia de la Convención Pertinente... Firmado: Rafael F. Barreiro. Juez" "Buenos Aires 20 de Agosto de 2010... debe destacarse que las facultades judiciales otorgadas para establecer si existe justa causa de excepción para la cancelación del secreto bancario deben ser evaluados con criterio restrictivo pues se encuentra comprometido el interés público. En virtud de ello, la valoración a realizarse debe atender, a los intereses que deban protegerse jurídicamente. Consecuentemente, toda vez que la información solicitada hace a las tareas investigativas y de la evolución patrimonial de la fallida y recomposición de su activo, relévase al Bank of America – Sucursal Miami-, el deber de guardar el secreto bancario... Fdo: Paula M. Hualde. Juez.- -------------------------------------------------------------

Se deja constancia que la información que se requiere corresponde a la cuenta de titularidad de la sociedad fallida – NORDLOW SRL-, cuya universalidad patrimonial se encuentra bajo la jurisdicción del suscripto, razón por la cual no se afecta con el informe y demás medidas requeridas la plena vigencia del secreto bancario. No obstante ello y en el supuesto de así requerírselo por alguna restricción reglamentaria se deja constancia que el suscripto en nombre y representación de NORDLOW SRL releva al Bank of America del deber de guardar tal secreto a los fines de cumplimentar la petición contenida en esta rogatoria.------------------------------------------

Asimismo se hace saber que cualquier gasto que pudiera generar la gestión encomendada será atendido con los fondos depositados en la cuenta indicada del Bank of América, en caso de pertenecer los mismos a NORDLOW S.R.L. y en su defecto con los fondos existentes en los autos "NORDLOW SRL S/QUIEBRA", para lo cual bastará con hacer llegar a este Tribunal el comprobante respectivo, indicándose el modo de hacer efectivo el pago.--------

ALONSO
IBLICA
ES
AP. FED.
L Nº 1163

Ruego y exhorto a V.S. el fiel cumplimiento de esta rogatoria, ofreciéndose
reciprocidad para casos análogos.-----------------------------------------------------------
Dado, sellado y firmado, en la sala de mi Público Despacho, en Buenos Aires,
Capital de la República Argentina, a los ....... días del mes de Septiembre de
2012.---------------------------------------------------------------------------------------------

VALERIA PEREZ CASADO
JUEZA

Santiago Doynel
Secretario

El Presidente de la Excma. Cámara Nacional de Apelaciones en lo Comercial de la
Capital Federal, República Argentina, certifica que la firma y sello que anteceden
coinciden con los registrados ante este Tribunal por la señora Juez Nacional de
primera Instancia en lo Comercial, doctora Valeria Perez Casado. Buenos Aires,
14 de septiembre de 2012.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Miguel F. Bargalló
Presidente

ALONSO
JBLICA
ES
AP. FED.
L. Nº 1153

Ruego y exhorto a V.S. el fiel cumplimiento de esta rogatoria, ofreciéndose

reciprocidad para casos análogos.-----------------------------------------------------

Dado, sellado y firmado, en la sala de mi Público Despacho, en Buenos Aires,

Capital de la República Argentina, a los ...... días del mes de Septiembre de

2012.-----------------------------------------------------------------------------------

VALERIA PEREZ CASADO
JUEZA

Santiago Doynel
Secretario

El Presidente de la Excma. Cámara Nacional de Apelaciones en lo Comercial de la

Capital Federal, República Argentina, certifica que la firma y sello que anteceden

coinciden con los registrados ante este Tribunal por la señora Juez Nacional de

primera Instancia en lo Comercial, doctora Valeria Perez Casado. Buenos Aires,

14 de septiembre de 2012.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Miguel F. Bargalló

Presidente



# REPÚBLICA ARGENTINA

## MINISTERIO *de*
## RELACIONES EXTERIORES
### COMERCIO INTERNACIONAL Y CULTO

---

### APOSTILLE
### (Convention de la Haye du 5 octobre 1961)

1. País_____ARGENTINA_____
   El presente documento público

2. Ha sido firmado por MIGUEL F. BARGALLO

3. Quien actúa en calidad de FUNCIONARIO HABILITANTE

4. Lleva el sello/timbre de CAMARA DE APELACIONES EN LO COMERCIAL DE LA CAPITAL FEDERAL

5. En BUENOS AIRES 6. El día 01/10/2012

7. Por__UNIDAD DE COORDINACION LEGALIZACIONES__ MINISTERIO DE RELACIONES EXTERIORES, COMERCIO INTERNACIONAL Y CULTO_____

8. Bajo el Número: 164523/2012

9. Sello/Timbre: 39



ROMINA NATALIA D'AMICO
Unidad de Coordinación Legalizaciones
Ministerio de Relaciones Exteriores
Comercio Internacional y Culto

Tipo de Documento: CERTIFICACION JUDICIAL
Titular del Documento: NORDLOW S.R.L. S/ QUIEBRA S/ INCIDENTE DE INVESTIGACION

ALONSO
UBLICA
ES
CAP. FED.
A. N° 1163



2012164523

CAF60CBA2900C9432733ED83ECA2FFDC

INA ALONSO
RA PUBLICA
INGLES
519 CAP. FED.
.C.B.A. N° 1163

1

**TRADUCCIÓN PÚBLICA-TRANSLATION**------------------------------

**LETTERS ROGATORY** ------------------------------------------------

-------------------------------------------------------------------

VALERIA PEREZ CASADO, JUDGE OF THE NATIONAL COURT OF FIRST INSTANCE FOR COMMERCIAL MATTERS.--------------------------------------
-------------------------------------------------------   ------------------

TO THE JUDGE PRESIDING OVER THE SIMILAR COURT WITH JURISDICTION OVER THE CITY OF MIAMI, UNITED STATES OF AMERICA.-
-------------------------------------------------------------------

SENDS GREETINGS AND HAS THE HONOR TO COMMUNICATE, that before this National Court of First Instance for Commercial Matters N° 18, presided by me, Clerk Office N° 35, in charge of Santiago Blas Doynel, Esq., with domicile at Marcelo T.de Alvear 1840, 3rd floor, City of Buenos Aires, Argentine Republic, there is now pending the proceedings "NORDLOW S.R.L. S/QUIEBRA S/INCIDENTE DE INVESTIGACIÓN" File 054614. Therewithin, it has been resolved to address Your Honor requesting you to take all the necessary diligences so that the firm BANK OF AMERICA, branch Miami, shall inform whether  NORDLOW S.R.L.is the holder of the Account N° 004433528663. This being the case, Your Honor is requested to inform all the account movements registered - credits and debits- from the opening of the account up to the present. In the case there are funds deposited in the account belonging to NORDLOW S.R.L., report the procedure to follow in order to transfer these funds to the judicial account opened on behalf of the present proceedings at the Banco Ciudad de Buenos Aires, branch Tribunales, N° 0002-018-0350664-0026-3 on behalf of the proceedings "NORDLOW SRL S/QUIEBRA" and to the order of the undersigned.-------------------------------------------------------
It is hereby stated that in the proceedings "NORDLOW SRL S/QUIEBRA", pending in this Court and Clerk Office, bankruptcy was declared to NORDLOW S.R.L. on February 19th, 2008.(Corporation registered at the Corporate Records Office on 04/12/2004, under N° 2.817, Book 120, Volume of Private Instruments, C.U.I.T{Worker´s Identification Number}:30-70904082-7)-----------------------------------------------------
Likewise, it is hereby stated that in accordance with the legislation in force  in this country for bankruptcies, the bankruptcy proceedings for a legal entity results in the dispossession of its property and a process of liquidation and susbsequent distribution of  the results among its creditors, being this Court in charge of these proceedings. To this effect, the funds owned by the corporation, if any, are requested to be transferred.----------------------------------------------------------------
Likewise, it is hereby notified by these presents that the receiver appointed, Accountant Javier Marcelo Espiñeíra, domiciled at Quirno Costa 1256, 6th floor, apartment "A", of the City of Buenos Aires, Argentine Republic, has initiated the investigation to determine the eventual responsibility of its managers or of third parties in the insolvency of the corporation. To this effect, the information of all the account movements of Account N° 004433528663 opened in the Miami Branch of the Bank of America ,from the opening date up to the present ,is requested.-----------
This Court has jurisdiction and venue to act in the present proceedings by virtue of the Argentine legislation as established by section 3 of law

NSO
CA
AP. FED.
A. N° 1183

INA ALONSO
RA PUBLICA
INGLES
519 CAP. FED.
C.B.A. N° 1183

24522 and section 5 of the National Civil and Commercial Procedure Code.------------------------------------------------------------------
The Court decisions ordering these presents are final and enforceable and the relevant parts express as follows: "Buenos Aires, September 16th, 2008....5. Likewise, issue the letters rogatory requested in item IV, for which purpose the receiver must present a copy of the Pertinent Convention...Signed: Rafael F. Barreiro. Judge." "Buenos Aires, August 20th,2010....it is worthwhile mentioning   that   the legal capacity to determine if there exists a just cause for the exception of  banking secrecy should be considered with a restrictive criterion since public interest is affected. By virtue thereof, the evaluation should attend the interests to be judicially protected. Consequently, in every case that the information required is relevant to the investigation activities and to the evolution of the bankrupt equity and recomposition of its assets, the Bank of America – Branch Miami –is exempted from the banking secrecy... Signed: Paula M. Hualde. Judge.-----------------------------------------------
It is hereby stated that the information required corresponds to the account of the bankrupt corporation- NORDLOW S.R.L.-the  universality of its financial resources being under the jurisdiction of the undersigned. Therefore the report and other judicial measures required do not affect the banking secrecy. Notwithstanding, and in the case that it is required by any statutory regulation, it is hereby declared that the undersigned in name of and in behalf of NORDLOW S.R.L. exempts the Bank of America from the banking secrecy obligation, with the purpose to fulfill with the request made in these letters rogatory.----------------------------------------
Likewise, any expense which might arise from the present request shall be paid with the funds deposited in the mentioned account  of the Bank of America, in the case they belong to NORDLOW S.R.L., or, in its defect, with the funds existing in the proceedings "NORDLOW S.R.L. S/QUIEBRA". In such a case, it shall only be necessary to send to this Court the corresponding receipt, indicating how to make the payment.---------------
I therefore specially request Your Honor to give these presents due fulfillment, hereby offering reciprocity in analogous cases.----------------
Given, sealed and signed in my chamber, at Buenos Aires, Capital of the Argentine Republic, on  September 5th, 2012. -----------------------------
Signature. Seal: Valeria Perez Casado. Judge--------------------------------
Signature. Seal: Santiago Doynel. Clerk--------------------------------------
The Chief Judge of the Honorable National Court of Appeals in Commercial Matters of the Federal Capital, Argentine Republic, hereby certifies that the foregoing signature and seal correspond to those filed in this Court by Her Honor, Judge of First Instance in Commercial Matters, Valeria Perez Casado, Esq..  Buenos Aires, September 14th, 2012.------------------
Signature.  Miguel F. Bargalló. Chief Judge.-----------------------------------
Seal: National Court of Appeals in Commercial Matters. Argentine Republic.------------------------------------------------------------------------
[There is a seal on each page which says]: National Court of First Instance for Commercial Matters N° 18 – Clerk Office N° 35.----------
[There is a signature, and a seal on each page. The seal says]: Santiago Doynel. Clerk.----------------------------------------------------------------
[There is a deposit slip of the Legalizations Coordination Department for

ALONSO
PUBLICA
GLES
9 CAP. FED.
B.A. N° 1183

ARS $ 39,00.]------------------------------------------------------------
[There is ticket bearing the seal of Banco Nación for ARS $ 39,00]----
------------------------------------------------------------------------------
ARGENTINE REPUBLIC----------------------------------------------------
MINISTRY of FOREIGN AFFAIRS, INTERNATIONAL TRADE AND WORSHIP
APOSTILLE----------------------------------------------------------------------
(Convention de la Haye du 5 octobre 1961)--------------------------------
1. Country Argentina----------------------------------------------------------
This public document-------------------------------------------------------
2. Has been signed by MIGUEL F. BARGALLO-----------------------------
3. Acting in the capacity of AUTHORIZING OFFICIAL-----------------------
4. Bears the seal/ stamp of CHAMBER OF APPEALS IN COMMERCIAL
MATTERS OF THE FEDERAL CAPITAL-----------------------------------
5. At BUENOS AIRES  6. on October 1st, 2012---------------------------
7. By LEGALIZATIONS COORDINATION UNIT-MINISTRY OF FOREIGN
AFFAIRS, INTERNATIONAL TRADE AND WORSHIP-------------------------
8. N°: 164523/2012-------------------------------------------------------
9. Seal/ Stamp: 39-------------------------------------------------------
10. Signature (Signature) (Seal:) ROMINA NATALIA D'AMICO.
Legalizations Coordination Unit. Ministry of Foreign Affairs, International
Trade and Worship--------------------------------------------------------
Document: JUDICIAL CERTIFICATION---------------------------------------
Document Holder: NORDLOW S.R.L. S/QUIEBRA S/INCIDENTE DE
INVESTIGACION-------------------------------------------------------------
[Seal:] Ministry of Foreign Affairs, International Trade and Worship-
Legalizations Coordination Unit.---------------------------------------------
ARGENTINE FOREIGN OFFICE-----------------------------------------------
------------------------------------------------------------------------------

I HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND COMPLETE TRANSLATION
OF THE RELEVANT PARTS OF THE ORIGINAL DOCUMENT WRITTEN IN SPANISH
WHICH I HAVE HAD BEFORE ME, ALL OF WHICH I ATTEST. THE PRESENT
TRANSLATION HAS 3 PAGES. BUENOS AIRES, OCTOBER 25, 2012.------------
*[The wording below is included for certification purposes only]*------
ES TRADUCCIÓN FIEL AL IDIOMA INGLÉS DE LAS PARTES PERTINENTES DEL
DOCUMENTO ADJUNTO REDACTADO EN IDIOMA ESPAÑOL QUE HE TENIDO A LA
VISTA Y AL CUAL ME REMITO. LA PRESENTE TRADUCCIÓN CONSTA DE 3 PÁGINAS.
BUENOS AIRES, 25 DE OCTUBRE DE 2012. ------------------------------

MARIA CRISTINA ALONSO
TRADUCTORA PUBLICA
IDIOMA INGLES
MAT. T° IV  F° 519 CAP. FED.
INSCRIP. C.T.P.C.B.A. N° 1183



# COLEGIO DE TRADUCTORES PÚBLICOS
# DE LA CIUDAD DE BUENOS AIRES

REPÚBLICA ARGENTINA
LEY 20.305

## **LEGALIZACIÓN**

Por la presente, el *COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES*,

en virtud de la facultad que le confiere el artículo 10, inc.d) de la ley 20.305,  certifica únicamente  que

la  firma  y el sello  que aparecen  en  la traducción  adjunta  concuerdan con los  correspondientes

al/la Traductor/a Público/a ALONSO, MARÍA CRISTINA

que obran en los registros de esta institución en el folio 519   del Tomo   4    en el idioma      INGLES

Legalización Número:    65147

Buenos Aires, 25/10/2012

MARCELO F. SIGALOFF
Traductor Público
Colegio de Traductores Públicos
de la Ciudad de Buenos Aires

ESTA LEGALIZACIÓN NO SE CONSIDERARÁ VÁLIDA SIN EL CORRESPONDIENTE
TIMBRADO DE CONTROL EN LA ÚLTIMA HOJA DE LA TRADUCCIÓN ADJUNTA.

Control Interno: 13881365147

Av. Corrientes 1834 - C1045AAN - Ciudad Autónoma de Buenos Aires - 4373-7173 y líneas rotativas

THE *COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES* (Sworn translators association of the city of Buenos Aires) pursuant to 20305 act, section 10, subsection d, hereby certifies that the signature and the seal on the translation attached hereto match the signature and seal of the Sworn Translator (Traductor Público) in our files.

THIS CERTIFICATION IS NOT VALID WITHOUT THE PERTINENT CONTROL STAMP ON THE LAST PAGE OF THE TRANSLATION ATTACHED HERETO.

Vu par le *COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES* (Ordre de Traducteurs Officiels de la ville de Buenos Aires), en vertu des attributions que lui ont été accordées par l'article 10, alinéa d) de la Loi nº 20.305, pour la seule légalisation matérielle de la signature et du sceau du Traductor Público (Traducteur Officiel) apposés sur la traduction du document ci-joint, qui sont conformes à ceux déposés aux archives de cette Institution.

LE TIMBRE APPOSÉ SUR LA DERNIÈRE PAGE DE LA TRADUCTION FERA PREUVE DE LA VALIDITÉ DE LA LÉGALISATION.

Con la presente il *COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES* (Collegio dei Traduttori Giurati della Città di Buenos Aires) ai sensi della facoltà conferitagli dall'articolo 10, comma d), della Legge 20.305, CERTIFICA, esclusivamente, la firma ed il timbro del Traductor Público (Traduttore Giurato), apposti in calce alla qui unita traduzione, in conformità alla firma ed al timbro depositati nei propri registri.

LA PRESENTE LEGALIZZAZIONE SARÀ PRIVA DI VALIDITÀ OVE NON VENGA TIMBRATA NELL' ULTIMO FOGLIO DELLA TRADUZIONE.

Através da presente, o *COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES* (Colégio de Tradutores Públicos da Cidade de Buenos Aires), no uso de suas atribuições, de conformidade com o artigo 10, alínea "d", da Lei 20.305, certifica unicamente que a assinatura e o carimbo do Traductor Público (Tradutor Público) que subscreve a tradução anexa conferem com a assinatura e o carimbo arquivados nos registros desta instituição.

A PRESENTE LEGALIZAÇÃO SÓ SERÁ CONSIDERADA VÁLIDA COM A CORRESPONDENTE CHANCELA MECÂNICA APOSTA NA ÚLTIMA FOLHA DA TRADUÇÃO

BEGLAUBIGUNG. Der *COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES* (Kammer der Vereidigten Übersetzer der Stadt Buenos Aires), kraft der Befugnisse, die ihr nach Artikel 10, Abs.d) des Gesetzes 20.305 zustehen, bescheinigt hiermit lediglich die Übereinstimmung der Unterschrift und des Siegelabdruckes auf der beigefügten Übersetzung mit der entsprechenden Unterschrift und dem Siegelabdruck des Traductor Público (VereidigtenÜbersetzers), die in den Registern dieser Institution hinterlegt worden sind.

DIESE BEGLAUBIGUNG IST NICHT GÜLTIG OHNE DEN ENTSPRECHENDEN GEBÜHRENSTEMPEL AUF DEM LETZTEN BLATT DER BEIGEFÜGTEN ÜBERSETZUNG.

OFICIO

Buenos Aires, de febrero de 2013

Cancillería Argentina

Dirección de Asistencia Jurídica Internacional

S               /               D

Tengo el agrado de dirigirme a Ud. en los autos caratulados
**"NORDLOW SRL S/QUIEBRA S/INCIDENTE DE INVESTIGACION"**, que
tramitan por ante el Juzgado Nacional de Primera Instancia en lo Comercial N°
18 a cargo de la Dra. Valeria Perez Casado, Secretaría N° 35 a cargo del Dr.
Santiago Blas Doynel, sito en la calle Marcelo T. de Alvear 1840, piso 3°, Capital
Federal, Buenos Aires, República Argentina, a los efectos de solicitarle se sirva
disponer lo necesario para tramitar el exhorto anejado al oficio por ante los
Tribunales de la Ciudad de Miami, Estados Unidos.

El auto que ordena el presente en su parte pertinente reza:
"'Buenos Aires; 5 de Febrero de 2013...Atento lo solicitado, líbrese el oficio
requerido... Fdo: Valeria Perez Casado. Jueza."

Se deja constancia que se encuentran autorizados para correr con el
diligenciamiento del presente el síndico Javier Marcelo Espiñeira, los Dres.
Antonio Perez Bourbon, Maria Teresa Pomar , Santiago Rivarola, y/o quienes
estos designen.-

Atentamente.-

Santiago Doynel

VALERIA PEREZ CASADO
JUEZA

VALERIA PEREZ CASADO, JUEZ NACIONAL DE PRIMERA INSTANCIA EN

LO COMERCIAL.

AL SEÑOR JUEZ DE IGUAL CLASE EN TURNO DE LA CIUDAD DE MIAMI,

ESTADOS UNIDOS DE AMÉRICA.

SALUDA, EXHORTA Y HACE SABER,  que por ante este Juzgado Nacional

de Primera Instancia en lo Comercial N°18, a mi cargo, Secretaría N°35 a

cargo del Dr. Santiago Blas Doynel, con sede en Marcelo T. de Alvear 1840,

piso 3°, Ciudad Autónoma de Buenos Aires, República Argentina, tramitan los

autos caratulados "NORDLOW S.R.L. S/QUIEBRA S/INCIDENTE DE

INVESTIGACION" Expte. 054614, en los que se ha dispuesto librar la

presente rogatoria a fin de solicitarle se sirva disponer lo necesario para que

la firma  BANK OF AMERICA, Sucursal Miami, informe si la Cuenta N°

004433528663 es de titularidad de NORDLOW S.R.L. En caso afirmativo, se

le solicita se sirva informar la totalidad de los movimientos bancarios que

registra –créditos y debitos- desde la apertura de dicha  cuenta hasta la

actualidad.   Para el caso de existir fondos depositados en la cuenta

pertenecientes a NORDLOW S.R.L., se informe el procedimiento a seguir a

los fines de transferirlos a la cuenta judicial abierta a nombre de estas

actuaciones en el Banco Ciudad de Buenos Aires, Sucursal Tribunales, N°

0002-018-0350664-0026-3  a  nombre  de  los  autos  "NORDLOW  SRL

S/QUIEBRA" y a la orden del suscripto. ------------------------------------------------

Se deja constancia que en los autos "NORDLOW SRL S/QUIEBRA" en

trámite por ante mismo Juzgado y Secretaría, se decretó la quiebra de

NORDLOW S.R.L con fecha 19 de febrero de 2008. (Sociedad Inscripta en la

Inspección General de Justicia con fecha 12.04.2004, bajo el N° 2.817 L°. 120

T° - de Instrumentos Privados, C.U.I.T.: 30-70904082-7).-----------------------------

Asimismo se deja constancia que conforme la legislación vigente en materia

de quiebras en el país, el decreto de quiebra de una persona jurídica, importa

el desapoderamiento de sus bienes y la apertura de un proceso de liquidación

y  posterior  distribución  de  su  producido,  entre  sus  acreedores,

correspondiendo a este Juzgado llevar a cabo ese procedimiento. A ese

efecto se solicita la transferencia de los fondos de propiedad de la sociedad

en caso de existir los mismos.-----------------------------------------------------------------

Asimismo, se hace saber que en estas actuaciones el síndico designado -

Contador Javier Marcelo Espiñeira, con domicilio en la calle Quirno Costa

1256, piso 6º "A" de la Ciudad Autónoma de Buenos Aires, República

Argentina  - ha iniciado el presente proceso de investigación a los fines de

MARIA CRISTINA
TRADUCTORA PL
IDIOMA INGL
MAT. T° IV  F° 519 C
INSCRIP. C.T.P.C.B.J

determinar la eventual responsabilidad de sus administradores o terceros, en la situación de insolvencia de la sociedad. A ese efecto es que se solicita se informen la totalidad de los movimientos de la Cuenta N° 004433528663 abierta en la Sucursal de Miami del Bank of America desde la fecha de su apertura y hasta la actualidad.-------------------------------------------------------

Este Juzgado es competente en razón de materia y lugar para entender en las presentes actuaciones en virtud de lo establecido en la legislación argentina de conformidad con lo previsto en el art. 3 de la ley 24.522 y art. 5 Código Procesal Civil y Comercial de la Nación.----------------------------------------------

Las resoluciones que ordenan el presente se encuentran firmes y en sus partes pertinentes dicen lo siguiente: "Buenos Aires, 16 de Septiembre de 2008...5. Asimismo, líbrese el exhorto peticionado en el punto IV, a cuyo fin deberá arrimar el síndico copia de la Convención Pertinente... Firmado: Rafael F. Barreiro. Juez" "Buenos Aires 20 de Agosto de 2010... debe destacarse que las facultades judiciales otorgadas para establecer si existe justa causa de excepción para la cancelación del secreto bancario deben ser evaluados con criterio restrictivo pues se encuentra comprometido el interés público. En virtud de ello, la valoración a realizarse debe atender, a los intereses que deban protegerse jurídicamente. Consecuentemente, toda vez que la información solicitada hace a las tareas investigativas y de la evolución patrimonial de la fallida y recomposición de su activo, relévase al Bank of America – Sucursal Miami-, el deber de guardar el secreto bancario... Fdo: Paula M. Hualde. Juez.- ----------------------------------------------------------

Se deja constancia que la información que se requiere corresponde a la cuenta de titularidad de la sociedad fallida – NORDLOW SRL-, cuya universalidad patrimonial se encuentra bajo la jurisdicción del suscripto, razón por la cual no se afecta con el informe y demás medidas requeridas la plena vigencia del secreto bancario. No obstante ello y en el supuesto de así requerírselo por alguna restricción reglamentaria se deja constancia que el suscripto en nombre y representación de NORDLOW SRL releva al Bank of America del deber de guardar tal secreto a los fines de cumplimentar la petición contenida en esta rogatoria.-------------------------------------------------

Asimismo se hace saber que cualquier gasto que pudiera generar la gestión encomendada será atendido con los fondos depositados en la cuenta indicada del Bank of América, en caso de pertenecer los mismos a NORDLOW S.R.L. y en su defecto con los fondos existentes en los autos "NORDLOW SRL S/QUIEBRA", para lo cual bastará con hacer llegar a este Tribunal el comprobante respectivo, indicándose el modo de hacer efectivo el pago.--------

ALONSO
BLICA
ES
:AP. FED.
. Nº 1163

Ruego y exhorto a V.S. el fiel cumplimiento de esta rogatoria, ofreciendose

recíprocidad para casos análogos.-------------------------------------------------

Dado, sellado y firmado, en la sala de mi Público Despacho, en Buenos Aires,

Capital de la República Argentina, a los ..... días del mes de Septiembre de

2012.-----------------------------------------------------------------------------

VALERIA PEREZ CASADO
JUEZA

*Santiago Doynel*
Secretario

El Presidente de la Excma. Cámara Nacional de Apelaciones en lo Comercial de la

Capital Federal, República Argentina, certifica que la firma y sello que anteceden

coinciden con los registrados ante este Tribunal por la señora Juez Nacional de

primera Instancia en lo Comercial, doctora Valeria Perez Casado. Buenos Aires,

14 de septiembre de 2012.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Miguel F. Bargalló

Presidente

**BANCO DE LA NACION ARGENTINA**

**2**  CONVENIO  5831

**MINISTERIO DE RELACIONES EXTERIORES Y CULTO**

UNIDAD DE COORDINACION DE LEGALIZACIONES
BOLETA DE DEPOSITO

## DUPLICADO

Válido para ser presentado junto con el
documento a intervenir

| APELLIDO/S: | Rivarola |
|---|---|
| NOMBRE/S: | Santiago |
| N° de Orden:<br>(Uso MREC) | |
| Importe en pesos: **$ 39.00** | ALONSO<br>BLICA<br>ES |
| Importe (letras): **TREINTA Y NUEVE PESOS** | PUED,<br>A. N° 1163 |

### PARA EL DEPOSITANTE
Para ser adjuntado al documento



5831030007308200390000

MARIA CRISTINA ALONSO
TRADUCTORA PUBLICA
IDIOMA INGLES
MAT. T° IV  F° 519 CAP. FED.
INSCRIP. C.T.P.C.B.A. N° 1163



MARIA CRISTINA
TRADUCTORA P
IDIOMA INGI
MAT. T° IV  F° 519 I
INSCRIP. C.T.P.C.B.

MARIA CRIST
TRADUCTO
IDIOMA
MAT. T° IV  F°
INSCRIP. C.T.P

SERIE A 4364458



# REPÚBLICA ARGENTINA

MINISTERIO *de*

# RELACIONES EXTERIORES
COMERCIO INTERNACIONAL Y CULTO

### APOSTILLE
### (Convention de la Haye du 5 octobre 1961)

1. País_____ARGENTINA_____
   El presente documento público
2. Ha sido firmado por MIGUEL F. BARGALLO
3. Quien actúa en calidad de FUNCIONARIO HABILITANTE
4. Lleva el sello/timbre de CAMARA DE APELACIONES EN LO COMERCIAL DE LA CAPITAL FEDERAL
5. En BUENOS AIRES 6. El día 01/10/2012
7. Por__UNIDAD DE COORDINACION LEGALIZACIONES___
   MINISTERIO DE RELACIONES EXTERIORES, COMERCIO
   INTERNACIONAL Y CULTO_____
8. Bajo el Número: 164523/2012
9. Sello/Timbre: 39

ROMINA NATALIA D'AMICO
Unidad de Coordinación Legalizaciones
Ministerio de Relaciones Exteriores
Comercio Internacional y Culto

Tipo de Documento: CERTIFICACION JUDICIAL
Titular del Documento: NORDLOW S.R.L. S/ QUIEBRA S/ INCIDENTE DE INVESTIGACION



2012164523



CAF60CBA2900C9432733ED83ECA2FFDC

1

INA ALONSO
RA PUBLICA
INGLES
519 CAP. FED.
.C.B.A. N° 1163

TRADUCCIÓN PÚBLICA-TRANSLATION--------------------

LETTERS ROGATORY --------------------------------------

-----------------------------------------------------------

VALERIA PEREZ CASADO, JUDGE OF THE NATIONAL COURT OF FIRST
INSTANCE FOR COMMERCIAL MATTERS.------------------------------
------------------------------------------------   ------------------

TO THE JUDGE PRESIDING OVER THE SIMILAR COURT WITH
JURISDICTION OVER THE CITY OF MIAMI, UNITED STATES OF AMERICA.-
-----------------------------------------------------------------

SENDS GREETINGS AND HAS THE HONOR TO COMMUNICATE, that before
this National Court of First Instance for Commercial Matters N° 18,
presided by me, Clerk Office N° 35, in charge of Santiago Blas Doynel,
Esq., with domicile at Marcelo T.de Alvear 1840, 3rd floor, City of Buenos
Aires, Argentine Republic, there is now pending the proceedings
"NORDLOW S.R.L. S/QUIEBRA S/INCIDENTE DE INVESTIGACIÓN" File
054614. Therewithin, it has been resolved to address Your Honor
requesting you to take all the necessary diligences so that the firm BANK
OF AMERICA, branch Miami, shall inform whether  NORDLOW S.R.L.is the
holder of the Account N° 004433528663. This being the case, Your Honor
is requested to inform all the account movements registered - credits and
debits- from the opening of the account up to the present. In the case
there are funds deposited in the account belonging to NORDLOW S.R.L.,
report the procedure to follow in order to transfer these funds to the
judicial account opened on behalf of the present proceedings at the Banco
Ciudad de Buenos Aires, branch Tribunales, N° 0002-018-0350664-0026-
3 on behalf of the proceedings "NORDLOW SRL S/QUIEBRA" and to the
order of the undersigned.-------------------------------------------
It is hereby stated that in the proceedings "NORDLOW SRL S/QUIEBRA",
pending in this Court and Clerk Office, bankruptcy was declared to
NORDLOW S.R.L. on February 19th, 2008.(Corporation registered at the
Corporate Records Office on 04/12/2004, under N° 2.817, Book 120,
Volume of Private Instruments, C.U.I.T{Worker's Identification
Number}:30-70904082-7)------------------------------------------------
Likewise, it is hereby stated that in accordance with the legislation in
force  in this country for bankruptcies, the bankruptcy proceedings for a
legal entity results in the dispossession of its property and a process of
liquidation and susbsequent distribution of  the results among its
creditors, being this Court in charge of these proceedings. To this effect,
the funds owned by the corporation, if any, are requested to be
transferred.-----------------------------------------------------------
Likewise, it is hereby notified by these presents that the receiver
appointed, Accountant Javier Marcelo Espiñeíra, domiciled at Quirno Costa
1256, 6th floor, apartment "A", of the City of Buenos Aires, Argentine
Republic, has initiated the investigation to determine the eventual
responsibility of its managers or of third parties in the insolvency of the
corporation. To this effect, the information of all the account movements
of Account N° 004433528663 opened in the Miami Branch of the Bank of
America ,from the opening date up to the present ,is requested.-----------
This Court has jurisdiction and venue to act in the present proceedings by
virtue of the Argentine legislation as established by section 3 of law

NSO
CA
INA ALONSO
RA PUBLICA
INGLES
519 CAP. FED.
P. FED.
A. N° 1163
.C.B.A. N° 1163

24522 and section 5 of the National Civil and Commercial Procedure Code.------------------------------------------------------------------------
The Court decisions ordering these presents are final and enforceable and the relevant parts express as follows: "Buenos Aires, September 16th, 2008....5. Likewise, issue the letters rogatory requested in item IV, for which purpose the receiver must present a copy of the Pertinent Convention...Signed: Rafael F. Barreiro. Judge." "Buenos Aires, August 20th,2010....it is worthwhile mentioning that the legal capacity to determine if there exists a just cause for the exception of banking secrecy should be considered with a restrictive criterion since public interest is affected. By virtue thereof, the evaluation should attend the interests to be judicially protected. Consequently, in every case that the information required is relevant to the investigation activities and to the evolution of the bankrupt equity and recomposition of its assets, the Bank of America – Branch Miami -is exempted from the banking secrecy... Signed: Paula M. Hualde. Judge.----------------------------------------------
It is hereby stated that the information required corresponds to the account of the bankrupt corporation- NORDLOW S.R.L.-the universality of its financial resources being under the jurisdiction of the undersigned. Therefore the report and other judicial measures required do not affect the banking secrecy. Notwithstanding, and in the case that it is required by any statutory regulation, it is hereby declared that the undersigned in name of and in behalf of NORDLOW S.R.L. exempts the Bank of America from the banking secrecy obligation, with the purpose to fulfill with the request made in these letters rogatory.-------------------------------------
Likewise, any expense which might arise from the present request shall be paid with the funds deposited in the mentioned account of the Bank of America, in the case they belong to NORDLOW S.R.L., or, in its defect, with the funds existing in the proceedings "NORDLOW S.R.L. S/QUIEBRA". In such a case, it shall only be necessary to send to this Court the corresponding receipt, indicating how to make the payment.----------------
I therefore specially request Your Honor to give these presents due fulfillment, hereby offering reciprocity in analogous cases.----------------
Given, sealed and signed in my chamber, at Buenos Aires, Capital of the Argentine Republic, on September 5th, 2012. ------------------------------
Signature. Seal: Valeria Perez Casado. Judge--------------------------------
Signature. Seal: Santiago Doynel. Clerk-------------------------------------
The Chief Judge of the Honorable National Court of Appeals in Commercial Matters of the Federal Capital, Argentine Republic, hereby certifies that the foregoing signature and seal correspond to those filed in this Court by Her Honor, Judge of First Instance in Commercial Matters, Valeria Perez Casado, Esq.. Buenos Aires, September 14th, 2012.------------------
Signature. Miguel F. Bargalló. Chief Judge.------------------------------------
Seal: National Court of Appeals in Commercial Matters. Argentine Republic.------------------------------------------------------------------------
[There is a seal on each page which says]: National Court of First Instance for Commercial Matters N° 18 – Clerk Office N° 35.----------
[There is a signature, and a seal on each page. The seal says]: Santiago Doynel. Clerk.--------------------------------------------------------------------
[There is a deposit slip of the Legalizations Coordination Department for

ALONSO
PUBLICA
GLES
9 CAP. FED.
B.A. N° 1163

3

ARS $ 39,00.]-----------------------------------------------------------
[There is ticket bearing the seal of Banco Nación for ARS $ 39,00.]-----
---------------------------------------------------------------------------
ARGENTINE REPUBLIC-----------------------------------------------------
MINISTRY of FOREIGN AFFAIRS, INTERNATIONAL TRADE AND WORSHIP-----
APOSTILLE-----------------------------------------------------------------
(Convention de la Haye du 5 octobre 1961)---------------------------------
1. Country  Argentina-----------------------------------------------------
This public document------------------------------------------------------
2. Has been signed by MIGUEL F. BARGALLO---------------------------------
3. Acting in the capacity of AUTHORIZING OFFICIAL-------------------------
4. Bears the seal/ stamp of CHAMBER OF APPEALS IN COMMERCIAL
MATTERS OF THE FEDERAL CAPITAL-----------------------------------------
5. At BUENOS AIRES   6. on October 1st, 2012-----------------------------
7. By LEGALIZATIONS COORDINATION UNIT-MINISTRY OF FOREIGN
AFFAIRS, INTERNATIONAL TRADE AND WORSHIP-------------------------
8. N°: 164523/2012------------------------------------------------------
9. Seal/ Stamp: 39------------------------------------------------------
10. Signature (Signature) (Seal:) ROMINA NATALIA D'AMICO.
Legalizations Coordination Unit. Ministry of Foreign Affairs, International
Trade and Worship-----------------------------------------------------
Document: JUDICIAL CERTIFICATION-----------------------------------
Document Holder: NORDLOW S.R.L. S/QUIEBRA S/INCIDENTE DE
INVESTIGACION---------------------------------------------------------
[Seal:] Ministry of Foreign Affairs, International Trade and Worship-
Legalizations Coordination Unit.--------------------------------------
ARGENTINE FOREIGN OFFICE--------------------------------------------
---------------------------------------------------------------------------

I HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND COMPLETE TRANSLATION
OF THE RELEVANT PARTS OF THE ORIGINAL DOCUMENT WRITTEN IN SPANISH
WHICH I HAVE HAD BEFORE ME, ALL OF WHICH I ATTEST. THE PRESENT
TRANSLATION HAS 3 PAGES. BUENOS AIRES, OCTOBER 25, 2012.-------------
[The wording below is included for certification purposes only]------
ES TRADUCCIÓN FIEL AL IDIOMA INGLÉS DE LAS PARTES PERTINENTES DEL
DOCUMENTO ADJUNTO REDACTADO EN IDIOMA ESPAÑOL QUE HE TENIDO A LA
VISTA Y AL CUAL ME REMITO. LA PRESENTE TRADUCCIÓN CONSTA DE 3 PÁGINAS.
BUENOS AIRES, 25 DE OCTUBRE DE 2012. ------------------------------------

EL COLEGIO DE TRADUCTORES PUBLICOS
DE LA CIUDAD DE BUENOS AIRES
Corresponde a la Legalización

N° 65147/12

FRANCO MAGGIORINI

MARIA CRISTINA ALONSO
TRADUCTORA PUBLICA
IDIOMA INGLES
MAT. T° IV  F° 519 CAP. FED.
INSCRIP. C.T.P.C.B.A. N° 1183



# COLEGIO DE TRADUCTORES PÚBLICOS
# DE LA CIUDAD DE BUENOS AIRES

REPÚBLICA ARGENTINA
LEY 20.305

## LEGALIZACIÓN

of la presente, el *COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES*,

n virtud de la facultad que le confiere el artículo 10, inc.d) de la ley 20.305, certifica únicamente que

firma y el sello que aparecen en la traducción adjunta concuerdan con los correspondientes

/la Traductor/a Público/a ALONSO, MARÍA CRISTINA

ue obran en los registros de esta institución en el folio 519  del Tomo  4  en el idioma    INGLES

Legalización Número:   65147

Buenos Aires, 25/10/2012



MARCELO F. SIGALOFF

ESTA LEGALIZACIÓN NO SE CONSIDERARÁ VÁLIDA SIN EL CORRESPONDIENTE
TIMBRADO DE CONTROL EN LA ÚLTIMA HOJA DE LA TRADUCCIÓN ADJUNTA
de la Ciudad de Buenos Aires

**Control Interno: 13881365147**

Av. Corrientes 1834 - C1045AAN - Ciudad Autónoma de Buenos Aires - 4373-7173 y líneas rotativas

THE *COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES* (Sworn translators association of the city of Buenos Aires) pursuant to 20305 act, section 10, subsection d, hereby certifies that the signature and the seal on the translation attached hereto match the signature and seal of the Sworn Translator (Traductor Público) in our files.

THIS CERTIFICATION IS NOT VALID WITHOUT THE PERTINENT CONTROL STAMP ON THE LAST PAGE OF THE TRANSLATION ATTACHED HERETO.

Vu par le *COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES* (Ordre de Traducteurs Officiels de la ville de Buenos Aires), en vertu des attributions que lui ont été accordées par l'article 10, alinéa d) de la Loi nº 20.305, pour la seule légalisation matérielle de la signature et du sceau du Traductor Público (Traducteur Officiel) apposés sur la traduction du document ci-joint, qui sont conformes à ceux déposés aux archives de cette Institution.

LE TIMBRE APPOSÉ SUR LA DERNIÈRE PAGE DE LA TRADUCTION FERA PREUVE DE LA VALIDITÉ DE LA LÉGALISATION.

Con la presente il *COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES* (Collegio dei Traduttori Giurati della Città di Buenos Aires) ai sensi della facoltà conferitagli dall'articolo 10, comma d), della Legge 20.305, CERTIFICA, esclusivamente, la firma ed il timbro del Traductor Público (Traduttore Giurato), apposti in calce alla qui unita traduzione, in conformità alla firma ed al timbro depositati nei propri registri.

LA PRESENTE LEGALIZZAZIONE SARÀ PRIVA DI VALIDITÀ OVE NON VENGA TIMBRATA NELL' ULTIMO FOGLIO DELLA TRADUZIONE.

Através da presente, o *COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES* (Colégio de Tradutores Públicos da Cidade de Buenos Aires), no uso de suas atribuições, de conformidade com o artigo 10, alínea "d", da Lei 20.305, certifica unicamente que a assinatura e o carimbo do Traductor Público (Tradutor Público) que subscreve a tradução anexa conferem com a assinatura e o carimbo arquivados nos registros desta instituição.

A PRESENTE LEGALIZAÇÃO SÓ SERÁ CONSIDERADA VÁLIDA COM A CORRESPONDENTE CHANCELA MECÂNICA APOSTA NA ÚLTIMA FOLHA DA TRADUÇÃO

BEGLAUBIGUNG. Der *COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES* (Kammer der Vereidigten Übersetzer der Stadt Buenos Aires), kraft der Befugnisse, die ihr nach Artikel 10, Abs.d) des Gesetzes 20.305 zustehen, bescheinigt hiermit lediglich die Übereinstimmung der Unterschrift und des Siegelabdruckes auf der beigefügten Übersetzung mit der entsprechenden Unterschrift und dem Siegelabdruck des Traductor Público (VereidigtenÜbersetzers), die in den Registern dieser Institution hinterlegt worden sind.

DIESE BEGLAUBIGUNG IST NICHT GÜLTIG OHNE DEN ENTSPRECHENDEN GEBÜHRENSTEMPEL AUF DEM LETZTEN BLATT DER BEIGEFÜGTEN ÜBERSETZUNG.